JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

22 CR 111 JDP

**Place of Offense:**
- City: Tomah, WI
- County/Parrish: Monroe County

**Related Case Information:**
- Superseding _____ Docket Number _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20 / R40 from District of _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 1 4 2022
FILED/REC'D
CLERK OF COURT

**Defendant information:**
- Matter to be Sealed: ___ Yes  ✓ No
- Def. Name: Jonathan Walker
- Alias Name:
- City/State: Tomah, WI
- Year of Birth: 1977
- Last 4 digits of SSN: 3399
- Sex: Male
- Race: White

**U.S. Attorney Information:**
- DANIEL J. GRABER       Bar #: _____
- Interpreter: ✓ No ___ Yes   List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 12   ___ Petty   ___ Misdemeanor   ✓ Felony
- ___ Class A
- ___ Class B
- ___ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1: 18 U.S.C. § 1343 | Wire Fraud | 1-10 |
| Set 2: 18 U.S.C. § 1001 | False Statement | 11-12 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: _____   Signature /s/ DANIEL J. GRABER